JS - 6

LINK: 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-03776 GAF (AGRx) | Date | July 13, 2009 |
|---|---|---|---|
| Title | Vasquez et al. v. OneWest Bank et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     (In Chambers)

### ORDER OF REMAND

On July 23, 2009, Plaintiffs Alfredo Vasquez and Maria Victoria Duque filed a motion to remand this action to state court because of procedural defects in the removal. (Docket No. 6.)  Specifically, Plaintiffs contend the removing defendants failed to obtain consent to remove from all defendants.  On July 6, 2009, the removing defendants filed a notice of non-opposition to the motion to remand. (Docket No. 8.)  They acknowledge that they failed to obtain the necessary consent and "do not oppose plaintiffs' motion to remand."  (Id. at 2.)

The motion being unopposed, the Court hereby **GRANTS** Plaintiffs' motion to remand.  The hearing scheduled for Monday, July 20, 2009 is **VACATED**.

**IT IS SO ORDERED.**